UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YVETTE SHORTER,

                         Plaintiff,

                         No. 08-CV-7312 (LAP)(JCF)

v.

GEORGE COMFORT & SONS, INC.          Affidavit of Service

                       Defendant.
------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

      Ryan G. Rudich, being duly sworn deposes and says:

1.     I am not a party to the action.

2.     I am over 18 years of age.

3.     On September 3, 2008, I served a true copy of the complaint in the above captioned matter on Joseph J. Ceccarelli Esq., Ceccarelli Weprin PLLC, Two Wall Street, New York, NY 10005, attorney for Defendant, via overnight delivery service.

Sworn to before me this
4th day of September 2008

_____                          _____
Notary Public                                                 Ryan G. Rudich

JAMES IRVIN JR.
Notary Public, State of New York
No. 01IR6140071
Qualified in New York County
Commission Expires Jan. 17, 2010